UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00017-TBR-LLK

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

v.

**COREY A. THORSON**                                                        **DEFENDANT**

**EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

Comes now the Defendant, Mr. Corey Thorson, by and through counsel and moves this Honorable Court for immediate release to home confinement pursuant to 18 USC § 3582. In support of this motion the undersigned respectfully submits the following:

**BACKGROUND**

Defendant Corey Thorson ("Thorson") is currently housed at FCI Ashland in Ashland, KY, having been taken into custody on or about June 19, 2019. His sentence will be served in full on July 30, 2020. Thorson was became eligible for release on home detention on February 27, 2020. Please find "Sentencing Monitoring Computation Data" attached as Exhibit "A". Thorson is currently set to be released to a half-way house on or about July 1, 2020.

Defendant Corey A. Thorson ("Thorson") was scheduled for two (2) surgical procedures while residing at a Bureau of Prison ("BOP") half-way house in Nashville, Tennessee. On June 20, 2019, Thorson was to have G.I. surgery to address rectal bleeding. On June 28, 2019, Thorson was to have his third Achilles tendon surgery to address a high grade Achilles tendon tear in his right leg.

The day before the first scheduled procedure, June 19, 2019, Thorson was taken into custody by the U.S. Marshal's for an incident that occurred April 13, 2019. The report alleged Thorson had consumed alcohol. Thorson was either in transit or isolated in a Special Housing Unit ("SHU") from June 19, 2019, until December 5, 2019, when he was delivered to FCI Ashland in Ashland, KY.

Thorson has had minimal success addressing his medical needs at FCI Ashland. While he has seen orthopedic surgeon Dr. Love regarding his tendon tear, no diagnostic tests have been ordered and no further procedures have been scheduled. Thorson's injured leg is half (½) the size of his healthy leg and continues to cause him pain.

Ms. Whitson, a physician's assistant employed by the BOP, ordered a colonoscopy in an attempt to ascertain the cause of his rectal bleeding. While Thorson was reluctant to seek this treatment due to BOP protocol that requires inmates awaiting medical procedures to be placed in the SHU, Thorson has been informed that all non-essential medical procedures have been cancelled due to the pandemic.

## STATEMENT OF REASONS

In light of the COVID-19 pandemic, Thorson moves this Honorable Court for Emergency relief in the form of his immediate release. The circumstances are extraordinary and compelling. It is not a question of "if" COVID-19 will affect FCI Ashland, but rather a question of "when", if it has not done so already. Upon information and belief, there are currently three (3) inmates on Thorson's unit in quarantine for suspected COVID-19 infestation, and multiple staff members are currently awaiting results of COVID-19 tests. Attorney General Barr for the BOP to act quickly and decisively in light of the pandemic. Upon information and belief, of the over 1300 inmates at FCI Ashland, only seven (7) have been released. Thorson is particularly susceptible to COVID-19

due to the medical conditions spelled out hereinabove. When weighing the time Thorson has remaining to serve against the potential health risk and associated cost, the relief requested is proportionate.

Thorson filed a "Compassionate Release" request with his FCI Ashland unit team on or about November 25, 2019, citing his medical concerns. Thorson has also sent "Electronic Staff Messages'" to FCI unit staff requesting a copy of his filing and all updates. As of the drafting of this Motion, no copy has been provided to Thorson.

Consistent with the requirements of the First Step Act, Thorson filed for "Compassionate Relief" again on or about March 9, 2020. To date, Thorson has received no response despite assurances from his Administrative Remedy Coordinator that a response was forthcoming. Thorson has requested a copy of the request he filed but as of the drafting of this Motion, no copy has been provided.  Pursuant to the First Step Act, Thorson has the right to petition the court for relief at this time.

District Courts are being inundated with requests similar to the instant motion. This Court is most likely no exception. Requests from individuals similarly situated to Thorson have already been granted and more are sure to be granted in the days that follow. Please find below a sampling of these cases and the rationales behind the orders, attached as Exhibit "B".

United States v. Brannan, No. 4:15-CR-80-01 (SD TX Apr. 2nd, 2020), wherein an emergency motion was granted on the same day it was filed. The prisoner had underlying conditions such as Thorson's and had only served (9) months or a (36) month sentence for fraud. Moreover, Brannan had not exhausted all BOP remedies.

United States v. Foster, No. 1:14-cr-324-02 (MD Pa. Apr. 3, 2020) ("The circumstances faced by our prison system during this highly contagious, potentially fatal global pandemic are

unprecedented. It is no stretch to call this environment 'extraordinary and compelling,' and we well believe that, should we not reduce Defendant's sentence, Defendant has a high likelihood of contracting COVID-19 from which he would "not be expected to recover." USSG § 1B1.13. No rationale is more compelling or extraordinary.") (Pg 10 of Order).

United States v. Jepsen, No. 3:19-cv-00073(VLB), 2020 WL 1640232 (D. Conn. Apr. 1, 2020) ("Mr. Jepsen is in the unique position of having less than eight weeks left to serve on his sentence, he is immune compromised and suffers from multiple chronic conditions that are in flux and predispose him to potentially lethal complications if he contracts COVID-19, and the Government consents to his release. The Court finds that the totality of the circumstances specific to Mr. Jepsen constitute 'extraordinary and compelling reasons to grant compassionate release.") (Pg. 10 of Order).

## CONCLUSION

In light of Thorson's medical needs, the COVID-19 pandemic, and the short amount of time Thorson has remaining on his sentence, the sentencing factors enumerated at 18 USC § 3553(a) and the directives of 18 USC § 3582 weigh heavily in favor of Thorson's release.

Thorson is just eighty-one (81) days from anticipated release to a residential re-entry program. He is 111 days from his serve-out date. It is unclear how the pandemic will affect acceptance into, and safety in, residential re-entry programs. Thorson has never had an incident report while incarcerated. Thorson has sought counseling as directed by Probation & Parole and will continue his counseling upon release. Thorson respectfully requests he be placed on home confinement at his parents' residence. Thorson will self-quarantine for fourteen (14) days upon his release. His mother needs assistance caring for his step-father, Billy D. Hall, who is battling brain and lymph node cancer. Thorson has two (2) children, ages fifteen (15) and thirteen (13), who rely

upon him for support. Upon the Court's granting of the instant motion, Thorson will withdraw his pending petition for relief pursuant to 28 USC § 2255.

WHEREFORE for the above stated reasons, Mr. Corey Thorson respectfully requests the Court to enter the attached proposed Order granting his Emergency Motion on today's date, requiring the Bureau or Prisons to release the Defendant within twenty-four (24) hours.

Respectfully Submitted this 9th day of April, 2020.

/s/ Clay F. Wilkey
CLAY F. WILKEY
WILKEY & WILSON
111 West Second Street
Owensboro, KY 42303
telephone 270.685.6000
fax 270.683.2229
Cwilkey@wilkeylaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

It is hereby certified that on the 9th day of April, 2020, a copy of the foregoing Motion was filed electronically with the Clerk of the Court using the CM/ECF, which will send a notice of electronic filing to the following:

•**Nute Bonner** Nute.Bonner@usdoj.gov

                                                  /s/ Clay F. Wilkey
                                                  CLAY F. WILKEY